James E. Hornstein (SBN 066236)
Jonathan B. Sokol (SBN 131806)
Andrew T. Kugler (SBN 192791)
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067-4590
Telephone: (310) 553-3610
Fax: (310) 553-0687

Todd B. Serota (SBN 109875)
BEEHLER & PAVITT
100 Corporate Pointe, Suite 330
Culver City, CA 90230
Telephone: (310) 215-3183
Fax: (310) 215-3248

Charles Schwartz (SBN 033022)
MOLDEX-METRIC, INC.
10111 West Jefferson Boulevard
Culver City, CA 90232
Telephone: (310) 837-6500
Fax: (310) 837-9563

Attorneys for Plaintiff MOLDEX METRIC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLDEX METRIC, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AEARO COMPANY, a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV99-9592-LGB (RNBx)<br><br>JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION |

The Court having read and reviewed the Parties' Stipulation for Entry of Judgment, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Aearo, its officers, directors, agents, affiliates, subsidiaries, servants, employees, and attorneys, and any and all persons acting or attempting to act in concert or participation with Aearo or them, are hereby permanently restrained and enjoined from directly or indirectly (1) manufacturing, selling, offering for sale, distributing, advertising or marketing in the United States, its territories and possessions, and Canada, its Yellow Neon Blasts earplug product shown in Exhibit 1 hereto (except as set forth below) or any other earplug product with an appearance confusingly similar to Moldex's Color Design Mark shown in its United States Trademark Registration No. 2,022,674 (the "Color Design Mark"); and (2) assisting, aiding, or abetting any other person or entity in or performing any of the activities referred to in (1). This permanent injunction does not apply to the use of the word mark Yellow Neon Blasts™ on an earplug product so long as the product does not have an appearance confusingly similar to Moldex's Color Design Mark shown in its U.S. Trademark Registration No. 2,022,674. This permanent injunction also does not apply to the manufacture, sale, offer for sale, distribution, advertisement or marketing of Yellow Neon Blasts as shown in Exhibit 1 outside of the United States, its territories and possessions, and Canada. Moreover, this permanent injunction does not apply to the manufacture of or the receipt of orders for Yellow Neon Blasts (as shown in Exhibit 1) in the United States for sale and distribution to facilities outside of the United States, its territories and possessions, and Canada, for use, sale and distribution outside of the United States and its territories and possessions and Canada.

2. All parties shall bear their own attorneys' fees and costs.

3. This Court shall have continuing jurisdiction over this matter in order to take appropriate action in the event that defendant and the other parties who are enjoined do not comply with the terms of this permanent injunction.

4. This Judgment disposes of this action in its entirety and except as provided herein, all other claims asserted in this action are hereby dismissed with prejudice.

DATED: 12/19, 2000         By: _____
                               LOURDES G. BAIRD
                               United States District Judge



**EXHIBIT 1**



EXHIBIT 1

# PROOF OF SERVICE
*1013A (3) CCP Revised 5/1/88*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On December 18, 2000, I served the foregoing document described as **JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION** on the interested parties in this action

__X__    by placing _ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Joel David Deutsch, Esq. | Michael J. Rye, Esq. |
| JEFFER, MANGELS, BUTLER & | Cantor, Colburn LLP |
| MARMARO LLP | 55 Griffin Road South |
| 2121 Avenue of the Stars, 10TH Floor | Bloomfield, CT 06002 |
| Los Angeles, CA 90067-5010 | Fax No. (860) 286-0115 |
| Fax No. (310) 203-0567 | |

**BY U.S. MAIL:**

__X__    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 18, 2000, at Los Angeles, California.

**BY PERSONAL SERVICE:**

_    I delivered such envelope by hand to the offices of the addressee.

Executed on _____, 2000, at Los Angeles, California.

_ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Fed)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ A.M. De Felice*
A.M. DE FELICE

5435000154-1102917.1